1    Gregory G. Silvey
       Assistant Attorney General
2    7141 Cleanwater Drive SW
       Olympia, WA 98504-0126
3    (360) 586-6300

4

5

6                  **UNITED STATES DISTRICT COURT**
               **WESTERN DISTRICT OF WASHINGTON**
7                          **AT SEATTLE**

8    PATRISHA AND STEVEN             NO.
       SILLAVAN, individually and on behalf
9    of their minor children C.S., B.S., and     NOTICE OF STATE FILED COURT
       L.S.,                                   DOCUMENTS
10
                        Plaintiff,
11
       v.
12
       STATE OF WASHINGTON
13    DEPARTMENT OF SOCIAL AND
       HEALTH SERVICES and
14    KATHERINE GRAFF,

15                     Defendants.

16        Attached to this Notice, filed herewith, are true and correct copies of the documents

17   filed in the Island County Superior Court File No. 14-2-00573-8.

18        DATED this 15th day of October, 2014.

19

20                          ROBERT W. FERGUSON
                              Attorney General
21

22                          /s/ *Gregory G. Silvey*
                              GREGORY G. SILVEY, WSBA No. 34117
23                         Assistant Attorney General
                              Attorneys for Defendants
24                         7141 Cleanwater Drive S.W., P.O. Box 40126
                            Olympia, WA 98504-0126
25

26

NOTICE OF STATE FILED COURT          1           ATTORNEY GENERAL OF WASHINGTON
DOCUMENTS                                          Torts Division
                                             7141 Cleanwater Drive SW
                                                  PO Box 40126
                                          Olympia, WA 98504-0126
                                               (360) 586-6300

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on October 15, 2014, I caused to be electronically filed the
3   foregoing document with the Clerk of the Court using the CM/ECF system, which will send
    notification of such filing to the following:

4
          Lincoln C. Beauregard, lincolnb@connelly-law.com
5         Julie A. Kays, jkays@connelly-law.com
          Attorneys for Plaintiff
6
7      I hereby certify that on October 15, 2014, I caused to be delivered via ABC Legal
    Messenger to the following:

8
          Lincoln C. Beauregard
9         Julie A. Kays
          Connelly Law Offices, PLLC
10        2301 North 30th Street
          Tacoma, WA 98403
11

12                                              /s/ Gregory G. Silvey
                                                GREGORY G. SILVEY, WSBA No. 34117
13                                              Assistant Attorney General, Torts Division
                                                P.O. Box 40126
14                                              Olympia, WA 98504-0126
                                                (360) 586-6300
15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF STATE FILED COURT              2              ATTORNEY GENERAL OF WASHINGTON
DOCUMENTS                                                        Torts Division
                                                            7141 Cleanwater Drive SW
                                                                  PO Box 40126
                                                            Olympia, WA  98504-0126
                                                                 (360) 586-6300

10646984

RECEIVED

2014 SEP 30  PM 2: 35

ATTORNEY GENERAL'S OFFICE
TORTS DIVISION OLYMPIA

**Washington State**
**Office of the Attorney General**
Acknowledged Receipt, this 30th day
c: September , 20 14 , Time: 2:30 pm
in Tumwater , Washington.
Signature: _____
Print Name: Annie P. Tiller
**Assistant Attorney General**

1

3.

4

5.

6

7

8

9

10.

11

12.

13

14

15

16

SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR ISLAND COUNTY

PATRISHA AND STEVEN SILLAVAN,
individually and on behalf of their minor
children C.S, B.S., and L.S.,

              Plaintiff,

      v.

STATE OF WASHINGTON, DEPARTMENT
OF SOCIAL AND HEALTH SERVICES and
KATHERINE GRAFF,

              Defendants.

NO.

COMPLAINT FOR DAMAGES:
STATE CREATED DANGER –
SECTION 1983

JURY DEMANDED

17      COMES NOW Plaintiffs by and through their attorneys Lincoln C. Beauregard and

18  Julia A. Kays of the Connelly Law Offices by way of claim allege and state:

19              **I.**     **PARTIES AND JURISDICTION**

20      1.1    Plaintiffs Patrisha and Steven Sillavan are adult residents of the State of

21
Washington and the parents of minor Plaintiffs C.S., B.S., and L.S.

22

23      1.2    Defendant Department of Social and Health Services is an agency and

24  subdivision of the State of Washington.

25

26

COMPLAINT FOR DAMAGES: WRONGFUL
STATE CREATED DANGER – SECTION 1983 - 1 of 10

CONNELLY LAW OFFICES, PLLC
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone – (253) 593-0380 Fax

ORIGINAL

1.3    Defendant Katherine Graff is an individual and employee of the State of Washington and Department of Social and Health Services.

## II.    BACKGROUND

2.1    Patrisha and Steven Sillavan are a married couple.  In 2010 they decided to become foster parents, and went through the proper licensing procedures.  In Summer 2011, the Sillavans were licensed as a foster home.  Mr. and Mrs. Sillavan have two biological children of their own C.A. and B.A.  They have also adopted three foster children that have come into their care: A.S. (DOB: ████/2008) L.S. (DOB: ████2006) and W███ (DOB: ████2000).

2.2    This lawsuit concerns the outrageous conduct by DSHS, and its employee, Katherine Graff.  The Department and its employee violated well established Departmental policies involving the placement of foster children into a home.  The policy, as set forth in a 2002 department memorandum concerning Foster Care Placements, states that workers, such as Ms. Graff, must share pertinent history with the foster parent prior to placement.  The memorandum further states that failure to comply with this policy will result in termination of the worker.

2.3    This policy was completely violated by the DSHS and its worker Katherine Graff.  Prior to placing W███ in the Sillavan foster home in March 2012, DSHS and social worker Graff failed to disclose the following highly concerning information about W███: (1) In August 2010, W███'s foster parent told DSHS workers that W███ had threatened children in her home with knives, threatened his mother with scissors,    slapped a child at school, threw a chair at his principal, physically assaulted a younger child in the home, and

COMPLAINT FOR DAMAGES: WRONGFUL
STATE CREATED DANGER – SECTION 1983 - 2 of 10

CONNELLY LAW OFFICES, PLLC
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone ~ (253) 593-0580 Fax

1   abused family pets; (2) W█████ sexually assaulted a child in his previous foster home; (3) The

2   other children in the prior foster home asked their foster parents to lock up the kitchen knives

3   because they feared they would be assaulted by W████; (4) While at his previous foster home

4   social worker Graff put a safety plan in place prohibiting W████ from having unsupervised

5   contact with any children in March; 2011 due to his "impulsive/aggressive behavior towards

6   younger kids"; (6) In January 2012-February 2012, at the request of social worker Graff,

7   W████ underwent a psychological evaluation which resulted in the following, disturbing

8   diagnoses; "Axis I: Rule out psychotic disorder"; (7) That same doctor concluded that she

9   was concerned regarding W████'s "unpredictable behavior" due to his "potentially psychotic

10   and clearly violent thinking." She concluded that Westyn "should be supervised at school";

11   (8) W████'s prior foster parent adopted his biological brothers, but refused to adopt W████

12   due to his behavioral problems.

13       2.4    DSHS and its social worker Graff failed to provide the aforementioned

14   information to the Sillavan family before W████ was placed in their home for foster care, and

15   prior to their adoption of him.

16       2.5    Predictably, once W████ was in the Sillavan foster home, he began to sexually

17   offend against the Sillavan children: C.S., B.S., and L.S. Mr. and Mrs. Sillavan were

18   completely unaware of the fact that W████ was molesting their children. The Sillavans

19   decided to adopt W████.

20       2.6    The Department and social worker Graff blatantly violated yet another

21   departmental policy when they failed to disclose important information to Mr. and Mrs.

22   Sillavan prior to adopting W████. The Sillavans had no clue about W████'s past sexual

COMPLAINT FOR DAMAGES: WRONFGUL
STATE CREATED DANGER – SECTION 1983 - 3 of 10

CONNELLY LAW OFFICES, PLLC
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

offenses and the significant nature of his psychotic disorder. The adoption of W████ was completed on March 1, 2013.

2.7     Shortly after the adoption went through, the Sillavan children -- C.S., B.S., and L.S -- disclosed that W████ had sexually offended against each of them. Mr. and Mrs. Sillavan were shocked. An investigation was conducted by the Island County Sheriff's Department. W████ admitted to the case detective that he had sexually offended against each of the children, and was charged with two counts of Child Molestation in the First Degree.

2.8     It was only after the Sillavans had adopted W████ and after C.S., B.S., and L.S disclosed the sexual abuse, that Mrs. Sillavan discovered the highly dangerous and concerning history of W████. Mrs. Sillavan did not learn this information from the Department or social worker Graff but learned this information on her own, by requesting various documents.

2.9     The Department and its social worker breached the duty of care it owed to Mr. and Mrs. Sillavan and their children C.S., B.S., and L.S. It was reasonably foreseeable and highly predictable that W████ would offend against other children in the home. These failures, and breaches of the standard of care are a proximate cause of injury to Mr. and Mrs. Sillavan, and their children C.S., B.S., and L.S.

2.10    Moreover, the Department and its social worker violated Patrisha, Steven, I████, C.S., B.S., and L.S's Fourteenth Amendment right to substantive due process by placing a known danger (W████) in their home, and doing so with deliberate indifference to the personal and physical safety of the aforementioned family members. The Department and

COMPLAINT FOR DAMAGES: WRONGFUL
STATE CREATED DANGER – SECTION 1983 - 4 of 10

CONNELLY LAW OFFICES, PLLC
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

social worker Graff purposefully withheld important information to Patrisha and Steven Sillavan about W███ that thereby placed their family's safety in jeopardy.

2.11   Mr. and Mrs. Sillavan must now provide long term psychiatric care for W███   He cannot be housed in the same home with other children, and they must provide a separate residence for him.   It will take years, and perhaps an indefinite amount of time to provide W███ counseling, and therapy for his psychiatric and sexual deviancy issues.   Mr. and Mrs. Sillavan will have to provide this care for W███

2.12   Mrs. and Mrs. Sillavan have experienced and will continue to experience significant emotional distress, psychological distress, and other damages.   They will suffer and continue to suffer economic damages related to providing a separate residence for W███, and continued life time care for his psychological and sexual deviancy disorders.

2.13   The Department and its social worker Ms. Graff have engaged in outrageous conduct.   The Department and social worker Graff took advantage of the Sillavans' generosity and willingness to provide care for foster children.   The Department and social worker Graff placed a dangerous young boy inside the Sillavan home, with full knowledge of his psychiatric disorder and history of sexual offenses against children.   The failure to disclose this information fully to the Sillavan family is reprehensible, and outrageous conduct.

### III.   CAUSES OF ACTION

3.1   42 U.S.C. 1983 (Civil Rights Act) Against Defendant Katherine Graff: Defendant Katherine Graff took affirmative steps to create the danger in the Sillavan home in such a way that violated Plaintiffs' rights under the United State Constitution to include all applicable Amendments including substantive due process under the Fourteenth Amendment.

COMPLAINT FOR DAMAGES: WRONGFUL
STATE CREATED DANGER – SECTION 1983 - 5 of 10

CONNELLY LAW OFFICES, PLLC
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

By taking these steps with deliberate indifference, Defendant Graff caused harm to all Plaintiffs in such a way that was avoidable and preventable.

3.2     **Negligence Against All Defendants:** The actions and omissions described herein caused harm to Plaintiffs in such a way that was avoidable and preventable. Defendants violated their own internal policies, practices, and mandates with regard to the creation of the dangers noted herein.

3.3     **Injury to Children – RCW 4.24.010 and 020:** Patrisha and Steven Sillavan maintain causes of action under RCW 4.22.010 and 020 for injuries to their minor children described herein.

## IV.     PRAYER FOR RELIEF

WHEREFORE, Plaintiff, having set forth their causes of action herein against Defendants, prays for judgment against Defendants, for general and special damages in amounts as shall be proven at trial, punitive damages, and for reasonable attorneys fees in accordance with law, and otherwise, for Plaintiffs' costs and disbursements herein incurred, and for such other and further relief as the Court may deem just and equitable under the circumstances including appropriate injunctive relief and provided by law.

Dated this 29th day of August, 2014.

CONNELLY LAW OFFICES, PLLC

By _____ (WSBA #42632)
                                                                            for
Lincoln C. Beauregard, WSBA No. 32878
Julie A. Kays, WSBA No. 30385
Attorneys for Plaintiffs

COMPLAINT FOR DAMAGES: WRONGFUL
STATE CREATED DANGER – SECTION 1983 - 6 of 10

CONNELLY LAW OFFICES, PLLC
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

# APPENDIX:
# MEMO RE PLACEMENTS

COMPLAINT FOR DAMAGES: WRONGFUL
STATE CREATED DANGER – SECTION 1983 – 7 of 10

CONNELLY LAW OFFICES, PLLC
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax



STATE OF WASHINGTON

## DEPARTMENT OF SOCIAL AND HEALTH SERVICES
P.O. Box 45010, Olympia, Washington 98504-5010

February 20, 2002

TO:        All Children's Administration Staff

FROM:      Rosie Oreskovich
           Assistant Secretary
           Children's Administration

SUBJECT:   FOSTER CARE PLACEMENTS

I want to bring to your attention a very important issue for foster parents, foster children, and you. In the last two months, we have had two tort cases that will cost us over two million dollars. The errors in these cases are inexcusable. In both cases, we did not inform the foster parent of a significant sex abuse history, and the child abused other children in the foster home. In the first case, the child was moved to a second foster home and we failed to tell that foster parent as well. This is egregious casework and a lack of basic supervisory controls.

While I believe that all of you would agree with me, I want to make it absolutely clear that failure to share pertinent history (not just sexual abuse) with the foster parent prior to placement or in a timely manner as it becomes known is unacceptable.

You must read the case file. If the child is placed in an emergency by someone other than the assigned social worker, at the earliest possible time the assigned social worker has a duty to ensure the foster parent is fully informed. To me, this is the first priority in placement of the child and in maintaining that placement.

I expect all staff in the chain of command to ensure this policy is followed. Unless there is some mitigating circumstance, failure to comply will result in termination.

C:   Dennis Braddock
     John Bimel

COMPLAINT FOR DAMAGES: WRONGFUL
STATE CREATED DANGER – SECTION 1983 - 8 of 10

CONNELLY LAW OFFICES, PLLC
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone – (253) 593-0380 Fax

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# APPENDIX:
# MEMO FROM OMBUDSMAN

COMPLAINT FOR DAMAGES: WRONFGUL
STATE CREATED DANGER – SECTION 1983 - 9 of 10

CONNELLY LAW OFFICES, PLLC
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone ~ (253) 593-0380 Fax



STATE OF WASHINGTON
### OFFICE OF THE FAMILY AND CHILDREN'S OMBUDS
*6840 Fort Dent Way, Suite 125*
*Tukwila, WA 98188*
*(206) 439-3870 • (800) 571-7321 • FAX (206) 439-3877*

March 11, 2014

Patrisha A. Sillavan
1025 Lyle Ridge Circle
Oak Harbor, WA 98277

Dear Ms. Sillavan:

I am writing in reference to your complaint that our office received on August 2, 2013. We in the Office of the Family and Children's Ombuds (OFCO) sincerely appreciate you taking time to contact us about your concern regarding the Division of Children and Family Services' (DCFS) actions in your adopted son's case.

After careful investigation and review, we determined that, based on the information available to the department, DCFS' decision to place and maintain this youth in your home was unreasonable under the circumstances. Specifically, given the records and information we reviewed, we found that there was reasonable cause to believe that this youth could pose a risk if placed in the same home and left unsupervised with younger children. We have notified DCFS of our finding and concerns.

We recognize that our office is one of several avenues you may wish to pursue to address this issue. Please note, however, that as provided in RCW 43.06A.060, all OFCO work product, records, and case files "are confidential, are not subject to discovery, judicial or administrative subpoena, or other method of legal compulsion, and are not admissible in evidence in a judicial or administrative proceeding."

Please be assured that we have documented the issues you have raised, and we will include this finding against DCFS in our regular reports to the Governor and to the Legislature.

Once again, thank you for contacting our office, and please do not hesitate to contact us again if we can be of assistance to you.

Sincerely,

*Patrick Dowd*
Patrick Dowd
Deputy Director

---

COMPLAINT FOR DAMAGES: WRONFGUL
STATE CREATED DANGER – SECTION 1983 - 10 of 10

CONNELLY LAW OFFICES, PLLC
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

10646984

RECEIVED

2014 SEP 30 PM 2: 35

ATTORNEY GENERAL'S OFFICE
TORTS DIVISION OLYMPIA

| Washington State |
| Office of the Attorney General |
| Acknowledged Receipt, this 30th day |
| of September , 20 14. Time: 2:30pm |
| in Tumwater , Washington. |
| Signature: Amee J. Tiller |
| Print Name: Amee J. Tiller |
| Assistant Attorney General |

1

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR ISLAND COUNTY

PATRISHA AND STEVEN SILLAVAN,
individually and on behalf of their minor
children C.S, B.S., and L.S.,

       Plaintiff,

   v.

STATE OF WASHINGTON, DEPARTMENT
OF SOCIAL AND HEALTH SERVICES and
KATHERINE GRAFF,

       Defendants.

NO.

SUMMONS

TO:  DEFENDANTS

  A lawsuit has been started against you in the above-entitled court by the plaintiffs

identified in the caption of this document.   Plaintiffs' claims are stated in the written

complaint, a copy of which is served upon you with this summons.

  In order to defend against this lawsuit, you must respond to the complaint by stating

your defense in writing, and by serving a copy upon the person signing this summons within

20 days after the service of this summons, excluding the day of service, or a default judgment

may be entered against you without notice. A default judgment is one where the plaintiffs are

SUMMONS - 1 of 2

CONNELLY LAW OFFICES, PLLC
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

ORIGINAL

1  entitled to what they ask for because you have not responded. If you serve a notice of

2  appearance on the undersigned person, you are entitled to notice before a default judgment

3  may be entered.

4      If you wish to seek the advice of an attorney in this matter, you should do so

5  promptly so that your written response, if any, may be served on time.

6

7      This summons is issued pursuant to Civil Rule 4 of the Superior Court of the State

8  of Washington.

9

10     Dated this 29th day of August, 2014.

11             CONNELLY LAW OFFICES, PLLC

12

13             By _____  (WSBA #
14                                                         42632)
                Lincoln C. Beauregard, WSBA No. 32878  for
15              Julie A. Kays, WSBA No. 30385
                Attorneys for Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

SUMMONS - 2 of 2

CONNELLY LAW OFFICES, PLLC
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR ISLAND COUNTY

PATRISHA AND STEVEN SILLAVAN,
individually and on behalf of their minor
children C.S., B.S., and L.S.,

                Plaintiffs,

v.

STATE of WASHINGTON, DEPARTMENT
OF SOCIAL AND HEALTH SERVICES and
KATHERINE GRAFF,

                Defendants.

NO.

DEMAND FOR JURY
OF TWELVE (12) PERSONS

COME NOW Plaintiffs in the above-captioned matter, by and through their attorneys of record, Lincoln C. Beauregard and Julie A. Kays of Connelly Law Offices, PLLC and, pursuant to statute and court rule, demand this case be tried by a jury of twelve ("12") persons and herewith deposit to the registry of the curt the jury fee required by law.

Dated this 3rd day of September, 2014.

CONNELLY LAW OFFICES, PLLC

By _____ CWSBA #42632
                                for
Lincoln C. Beauregard, WSBA No. 32878
Julie A. Kays, WSBA No. 30385
Attorneys for Plaintiffs

DEMAND FOR JURY OF TWELVE (12) - 1 of 1

**CONNELLY LAW OFFICES**
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

1
2
3
4
5
6
7

**STATE OF WASHINGTON**
**ISLAND COUNTY SUPERIOR COURT**

8   PATRISHA AND STEVEN
SILLAVAN, individually and on behalf
9   of their minor children, C.S., B.S., and
L.S.,
10
11                    Plaintiffs,
12                        v.
13   STATE OF WASHINGTON,
DEPARTMENT OF SOCIAL AND
14   HEALTH SERVICES and
KATHERINE GRAFF,
15
16                    Defendants.

NO. 14-2-00573-8

NOTICE OF APPEARANCE

**(Clerk's Action Requested)**

17   TO:    PATRICIA and STEVEN SILLAVAN Individually and on behalf of their minor children
C.S., B.S., and L.S., Plaintiffs
18
TO:    JULIE A. KAYS and LINCOLN C. BEAUREGARD, Plaintiffs' Attorneys
19
TO:    CLERK OF THE COURT
20
YOU AND EACH OF YOU will please take notice that State of Washington, Department
21
of Social and Health Services, by and through its attorney, GREGORY G. SILVEY Assistant
22
Attorney General, without waiving objections as to improper service, jurisdiction or venue,
23
hereby enters its appearance in the above-entitled action and requests that notice of any and all
24
further proceedings in said action be served upon the undersigned attorney at the address stated
25
below.
26

NOTICE OF APPEARANCE                    1                    ATTORNEY GENERAL OF WASHINGTON
                                                              Torts Division
                                                              7141 Cleanwater Drive SW
                                                              PO Box 40126
                                                              Olympia, WA 98504-0126
                                                              (360) 586-6300

1

**TRANSMISSION BY FAX OR BY ELECTRONIC MAIL DOES NOT**

2

**CONSTITUTE SERVICE, UNLESS AGREED IN WRITING OR UNLESS OTHERWISE**

3

**REQUIRED BY COURT RULE.**

4

DATED this 6th day of October, 2014.

5

6

ROBERT W. FERGUSON
Attorney General

7

8

GREGORY SILVEY, WSB No. 34117
OID No. 91023

9

Assistant Attorney General

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

1

**PROOF OF SERVICE**

2

I certify that I served a copy of this document on all parties or their counsel of record on

3

the date below as follows:

4

Julie A. Kays

5

Lincoln C. Beauregard

Connelly Law Offices

6

2301 North 30th Street

Tacoma, WA 98403

7

8

☐US Mail Postage Prepaid via Consolidated Mail Service

9

☒ABC/Legal Messenger

10

☐State Campus Delivery

11

☐Hand delivered by _____

12

I certify under penalty of perjury under the laws of the state of Washington that the

13

foregoing is true and correct.

14

DATED this 6th day of October, 2014, at Tumwater, WA.

15

16

_Jodie Thompson_ _____

17

JODIE THOMPSON, Legal Secretary

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE                    3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

1
2
3
4
5
6

**STATE OF WASHINGTON**
7
**ISLAND COUNTY SUPERIOR COURT**

8
PATRISHA AND STEVEN                          NO. 14-2-00573-8
SILLAVAN, individually and on behalf
9
of their minor children, C.S., B.S., and     SPECIAL NOTICE OF
L.S.,                                        APPEARANCE
10
                                             **(Clerk's Action Requested)**
11
                      Plaintiffs,

12                         v.

13
STATE OF WASHINGTON,
DEPARTMENT OF SOCIAL AND
14
HEALTH SERVICES and
KATHERINE GRAFF,
15

16                    Defendants.

17   TO:   PATRICIA and STEVEN SILLAVAN Individually and on behalf of their minor children
           C.S., B.S., and L.S., Plaintiffs
18
19   TO:   JULIE A. KAYS and LINCOLN C. BEAUREGARD, Plaintiffs' Attorneys

     TO:   CLERK OF THE COURT
20
           YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that the Defendant
21
Katherine Graff hereby enters her special appearance in the above-entitled action, specifically
22
reserving all her  rights, including those relating to jurisdiction because of lack of service of
23
process and
24
25
26

SPECIAL NOTICE OF APPEARANCE              1         ATTORNEY GENERAL OF WASHINGTON
                                                              Torts Division
                                                         7141 Cleanwater Drive SW
                                                              PO Box 40126
                                                         Olympia, WA 98504-0126
                                                              (360) 586-6300

insufficiency of service thereof, and further requests that all further papers, except original

process, be served upon the undersigned attorneys at their below-stated address.

DATED this 6th day of October, 2014.

ROBERT W. FERGUSON
Attorney General

GREGORY SILVEY, WSB No. 34117
OID No. 91023
Assistant Attorney General

SPECIAL NOTICE OF APPEARANCE                    2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Clearwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

20

**PROOF OF SERVICE**

I certify that I served a copy of this document on all parties or their counsel of record on the date below as follows:

Julie A. Kays
Lincoln C. Beauregard
Connelly Law Offices
2301 North 30th Street
Tacoma, WA 98403

☐ US Mail Postage Prepaid via Consolidated Mail Service

☒ ABC/Legal Messenger

☐ State Campus Delivery

☐ Hand delivered by _____

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 6th day of October, 2014, at Tumwater, WA.

_____
JODIE THOMPSON, Legal Secretary

SPECIAL NOTICE OF APPEARANCE                    3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300